Bronx, City of New York, Appellant.— Order modified by striking therefrom so much as provides for an injunction, and as so modified affirmed, without costs. No facts are set forth in the petition to warrant issuing an injunction order to aid the efficient execution of the mandamus order. (*Matter of Greene*, 153 App. Div. 8.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of WILLIAM PHILLIPS and Others, Respondents, against ABRAHAM KAPLAN, as President, and Others, Appellants.* — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground of laches. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH A. L. BLEK, Individually, and for the Benefit of All Other Members of the Defendant LOCAL UNION No. 3 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Appellant, v. BERT KIRKMAN, as President of LOCAL UNION No. 3 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH A. L. BLEK, Individually, and for the Benefit of All Other Members of the Defendant LOCAL UNION No. 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Appellant, v. BERT KIRKMAN, as President of LOCAL UNION No. 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HILLIARD JUDIS, Appellant, v. V. B. HOLDING CORPORATION and Others, Defendants. VIRGINIA BRADY HORNNEY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HILLIARD JUDIS, Appellant, v. V. B. HOLDING CORPORATION and Another, Defendants, Impleaded with JENNIE B. SCUDDER (Appearing Specially), Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the SOUTHERN SURETY COMPANY OF NEW YORK. JAD REALTY CORPORATION, Appellant; CHARLES SIMON, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondent Charles Simon. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NATIONAL VARIETY ARTISTS, INC., Appellant, Respondent, v. NATIONAL VARIETY ARTISTS FUND and Others, Respondents, Appellants, Impleaded with PATRICK J. CASEY and Others, Respondents, and WILLIAM J. SULLIVAN and Others, Defendants.— Order so far as appealed from modified so as to provide that in addition to examining National Variety Artists Fund by Martin E. King, its secretary, plaintiff may also examine defendant fund by Patrick J. Casey, its president, with leave to apply to the court to examine other individuals if need

* Affd., 266 N. Y. ——.